IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEAGAN COLWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:18-CV-2284 |
| | § | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | § § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S RULE 7.1 DISCLOSURE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties [Doc. 4], Defendant Life Insurance Company of North America hereby designates the following parties who are financially interested in the outcome of this litigation:

1. Meagan Colwell (Plaintiff);

2. Life Insurance Company of North America ("LINA") (Defendant);

3. Connecticut General Corporation (Parent corporation of LINA);

4. Cigna Holdings, Inc. (Parent corporation of Connecticut General Corporation);

5. Cigna Corporation (Parent corporation of Cigna Holdings, Inc.);

6. Apple, Inc. Employee Health and Welfare Benefit Plan (on information and belief, ERISA Plan at issue);

7. Apple, Inc. (Policyholder; on information and belief, ERISA Plan Sponsor and Administrator);

8. Marc Whitehead & Associates, Attorneys at Law LLP (Counsel for Plaintiff);

9. Wilson, Elser, Moskowitz, Edelman & Dicker LLP (Counsel for Defendant).

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By: */s/ Linda P. Wills*
Linda P. Wills
Texas Bar No. 21661400
Federal I.D. No. 12566
909 Fannin, Suite 3300
Houston, Texas 77010
Telephone: 713-353-2000
Telecopy:   713-785-7780
Linda.Wills@WilsonElser.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 15th day of August, 2018.

***Via CMRRR***
Marc S. Whitehead
J. Anthony Vessel
Britney Anne Heath McDonald
Madison Tate Donaldson
**MARC WHITEHEAD & ASSOCIATES,**
**ATTORNEYS AT LAW, LLP**
5300 Memorial Drive, Suite 725
Houston, Texas 77007

*/s/Linda P. Wills*
Linda P. Wills